UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:96-cr-00254-MCE |
| Plaintiff, | |
| v. | MEMORANDUM AND ORDER |
| ELMAR SCOTT, | |
| Defendant. | |

----oo0oo----

The Court is in receipt of Defendant Elmar Scott's Request for Transcripts regarding his 1996 change of plea and his 1997 sentencing. Defendant's Request is DENIED.

IT IS SO ORDERED.

Dated: July 15, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE