IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> **ELMAR SCOTT** <br><br> Defendant. | CR NO: 2:96-cr-254 |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum   ☐ Ad Testificandum

| | | | |
|---|---|---|---|
| Name of Detainee: | Elmar Scott | | |
| Detained at | California Health Care Facility, Stockton | | |
| Detainee is: | a.) | ☒ charged in this district by: ☒ Petition <br> charging detainee with: Violation of Supervised Release Condition | |
| or | b.) | ☐ a witness not otherwise available by ordinary process of the Court | |
| Detainee will: | a.) | ☒ return to the custody of detaining facility upon termination of proceedings | |
| or | b.) | ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility | |

*Appearance is necessary on May 5, 2022, at 10:00 a.m., in the Eastern District of California, via videoconference.*

| | |
|---|---|
| Signature: | /s/ Matthew Thuesen |
| Printed Name & Phone No: | Matthew Thuesen, 916-591-4049 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum   ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as any Federal Agent for this district, is hereby ORDERED to produce the named detainee **on *May 5, 2022, at 10:00 a.m.,*** via videoconference, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: May 3, 2022

*/s/ Allison Claire*

Honorable Allison Claire
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒ Male | ☐ Female |
| Booking or CDC #: | AE1432 | DOB: | March 17, 1975 |
| Facility Address: | 7707 Austin Road, Stockton, CA 95215 | Race: | African American |
| Facility Phone: | 209-467-2500 | FBI#: | 897062VA4 |
| Currently | California Health Care Facility, Stockton | | |

## RETURN OF SERVICE

Executed on: _____    _____
(signature)