HEATHER E. WILLIAMS, #122664
Federal Defender
ANN C. M<sup>c</sup>CLINTOCK, Bar #141313
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ELMAR SCOTT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>ELMAR SCOTT,<br><br>    Defendant. | Case No.: 2:96-cr-0254 KJM<br><br>**ORDER RE: ADMISSION TO VIOLATION OF SUPERVISED RELEASE; WAIVER OF APPEARANCE, AND SETTING DISPOSITION HEARING** |

The Court accepts the parties' joint stipulation and request and orders as follows:

   a.   The Court accepts Mr. Scott's waiver of his appearance at an admit/deny hearing and agrees to proceed without a court appearance.

   b.   The Court accepts Mr. Scott's admission that he violated the conditions of supervised release by committing a new law violation as evidenced by his convictions for robbery and assault with a firearm in Stanislaus County Superior Court case number 109705, and enters it on the record.

/////

ORDER RE: ADMISSION TO VIOLATION OF SUPERVISED RELEASE; WAIVER OF APPEARANCE, AND SETTING DISPOSITION HEARING - 1

c. the Court finds Mr. Scott in violation of his terms of supervised release imposed on December 4, 1997.

d. the Court vacates the currently-scheduled May 16, 2022, admit/deny hearing and sets this matter for a disposition hearing on June 13, 2022, at 9 a.m. in Courtroom 3 before Chief District Judge Kimberly J. Mueller.

IT IS SO ORDERED

Dated: May 13, 2022

_____
CHIEF UNITED STATES DISTRICT JUDGE