HEATHER E. WILLIAMS, #122664
Federal Defender
ANN C. McCLINTOCK, Bar #141313
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ELMAR SCOTT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:96-cr-0254 KJM |
|---|---|
| Plaintiff, | |
| v. | **ORDER REGARDING VIDEO APPEARANCE FOR DISPOSITIONAL HEARING** |
| ELMAR SCOTT, | |
| Defendant. | |

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED,

Dated: June 30, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE