IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>**ELMAR SCOTT,**<br><br>　　　　　　　Defendant. | CR NO: 2:96-cr-254 |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
　　☒ Ad Prosequendum　　　　　　☐ Ad Testificandum

| | | | |
|---|---|---|---|
| Name of Detainee: | Elmar Scott | | |
| Detained at | California Health Care Facility, Stockton | | |
| Detainee is: | a.) | ☒ charged in this district by: | ☒ Petition |
| | | charging detainee with: | Violation of Supervised Release Condition |
| or | b.) | ☐ a witness not otherwise available by ordinary process of the Court | |
| | | | |
| Detainee will: | a.) | ☒ return to the custody of detaining facility upon termination of proceedings | |
| or | b.) | ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility | |

*Appearance is necessary on July 11, 2022, at 9:00 a.m., in the Eastern District of California, via videoconference.*

| | |
|---|---|
| Signature: | /s/ Matthew Thuesen |
| Printed Name & Phone No: | Matthew Thuesen, 916-591-4049 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS
　　☒ Ad Prosequendum　　　　　　☐ Ad Testificandum

　　　The above application is granted and the above-named custodian, as well as any Federal Agent for this district, is hereby ORDERED to produce the named detainee **on *July 11, 2022, at 9:00 a.m.,*** via videoconference, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: July 5, 2022

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒ Male　☐ Female | |
| Booking or CDC #: | AE1432 | DOB: | March 17, 1975 |
| Facility Address: | 7707 Austin Road, Stockton, CA 95215 | Race: | African American |
| Facility Phone: | 209-467-2500 | FBI#: | 897062VA4 |
| Currently | California Health Care Facility, Stockton | | |

## RETURN OF SERVICE

Executed on: _____　　_____
　　　　　　　　　　　　　　　　　　　　　　　　(signature)