IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>**ELMAR SCOTT,**<br><br>                Defendant. | CR NO: 2:96-cr-254 |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    ☒ Ad Prosequendum    ☐ Ad Testificandum

Name of Detainee: Elmar Scott
Detained at: California Health Care Facility, Stockton

Detainee is:
    a.) ☒ charged in this district by: ☒ Petition
        charging detainee with: Violation of Supervised Release Condition
or   b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:
    a.) ☒ return to the custody of detaining facility upon termination of proceedings
or   b.) ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary on July 26, 2022, at 11:30 a.m., in the Eastern District of California, via videoconference.*

| | |
|---|---|
| Signature: | /s/ Matthew Thuesen |
| Printed Name & Phone No: | Matthew Thuesen, 916-591-4049 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum    ☐ Ad Testificandum

    The above application is granted and the above-named custodian, as well as any Federal Agent for this district, is hereby ORDERED to produce the named detainee **on *July 26, 2022, at 11:30 a.m.,*** via videoconference, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

| | |
|---|---|
| Dated: July 25, 2022 | /s/ Kendall J. Newman<br>Honorable Kendall J. Newman<br>CHIEF U.S. MAGISTRATE JUDGE |

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒ Male | ☐ Female |
| Booking or CDC #: | AE1432 | DOB: | March 17, 1975 |
| Facility Address: | 7707 Austin Road, Stockton, CA 95215 | Race: | African American |
| Facility Phone: | 209-467-2500 | FBI#: | 897062VA4 |
| Currently | California Health Care Facility, Stockton | | |

## RETURN OF SERVICE

Executed on: _____    _____
                                                              (signature)